**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Allen Stone, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2022-000052

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From Charleston County
Thomas A. Russo, Circuit Court Judge

---

Memorandum Opinion No. 2023-MO-005
Submitted January 17, 2023 – Filed February 15, 2023

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender David Alexander, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Megan Harrigan Jameson, of Columbia, for Respondent.

---

**PER CURIAM:**  We issued a writ of certiorari to review the court of appeals' decision in *Stone v. State*, Op. No. 2021-UP-372 (S.C. Ct. App. filed Nov. 3, 2021). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, Acting Chief Justice, HEARN, FEW, JAMES, JJ., and Acting Justice Paula H. Thomas, concur.**